E-Filed 3/31/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSIT AMERICA SERVICES, INC, et al.,<br><br>    Defendants. | Case No.  16-cv-01121-HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 4 |

The parties informed the court that they have reached a settlement which is "contingent upon" whether federal agencies object to their settlement agreement by April 27, 2016. The parties also state that they may be able "to resolve" the objections, if any, that federal agencies make to the settlement. The parties therefore request May 27, 2016 as "the deadline for the filing" of either a stipulated dismissal or else the filing of a notice that the settlement "is null and void."

All previously scheduled deadlines and appearances are vacated. On or before May 27, 2016, the parties shall file either a stipulated dismissal pursuant to Federal Rule of Civil Procedure ("FRCP") 41(a)(1)(A) or else a notice that the settlement is null and void. If the parties file neither a stipulated dismissal nor a notice that the settlement is null and void by May 27, then the parties shall appear in Courtroom 2 on the 5th Floor of the United States District Court at 280 South First Street, San Jose, California on May 31, 2016 at 10:00 a.m. and show cause, if any, why the case should not be dismissed pursuant to FRCP 41(a)(1)(A). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than May 27, 2016 advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If the parties file either a stipulated dismissal or a notice that the settlement is null and void as ordered, then the Order to Show Cause hearing will be automatically vacated and the parties need not file a

statement in response to this Order.

**IT IS SO ORDERED.**

Dated: 3/31/16

_____
Howard R. Lloyd
United States Magistrate Judge