ANDREW L. PACKARD (State bar No. 168690)
MEGAN E. TRUXILLO (State bar No. 275746)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
Email: Andrew@packardlawoffices.com
           Megan @ packardlawoffices.com

FREDRIC EVENSON (State Bar No. 198059)
Ecology Law Center
P.O. Box 1000
Santa Cruz, CA 95061
Tel: (831) 454-8216
Email: Evenson@ecologylaw.com

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

E-Filed 5/9/16

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PENINSULA CORRIDOR JOINT POWERS BOARD, TRANSITAMERICA SERVICES, INC.,<br><br>Defendants. | Case No. 5:16-cv-01121<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE;** [PROPOSED] **ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

Plaintiff Ecological Rights Foundation ("EcoRights") and Defendants Peninsula Corridor Joint Powers Board and TransitAmerica Services, Inc. (collectively "Defendants") in the above-captioned action stipulate as follows:

WHEREAS, on or about May 15, 2015, EcoRights provided Defendants with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of

the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

WHEREAS, on March 7, 2016, EcoRights filed its Complaint against Defendants in this Court, and said Complaint incorporated by reference all of the allegations contained in EcoRights' 60-Day Notice Letters;

WHEREAS, EcoRights and Defendants, through their authorized representatives and without either adjudication of EcoRights' claims or admission by Defendants of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of EcoRights as set forth in EcoRights' 60-Day Notice Letter and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Parties' proposed consent agreement ("Consent Agreement") entered into by and between EcoRights and Defendants is attached hereto as **Exhibit A** and incorporated by reference;

WHEREAS, EcoRights has submitted the Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has now expired;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that EcoRights' claims, as set forth in its 60-Day Notice Letter and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with Paragraph 18 of the Consent Agreement, the Parties also request that this Court retain and have jurisdiction over the Parties through July 31, 2018, for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Consent Agreement.

Dated: April 28, 2016                    Respectfully submitted,

                                         LAW OFFICES OF ANDREW L. PACKARD
                                         By: /s/ Andrew L. Packard_____
                                         Andrew L. Packard
                                         Attorneys for Plaintiff
                                         ECOLOGICAL RIGHTS FOUNDATION

1  Dated: April 28, 2016				HANSON BRIDGETT LLP

2						By: /s/ Christopher D. Jensen
						    Christopher D. Jensen, Esq.
3						    Attorneys for Defendant
						    Peninsula Corridor Joint Powers Board
4
   Dated: April 28, 2016				DUNN & DAVISON, LLC
5

6						By: /s/ Andrew J. Liles
						    Andrew J. Liles, Esq.
7						    Attorneys for Defendant
						    TransitAmerica Services, Inc.
8

9
   Dated: April 28, 2016				KLINEDINST PC
10

11						By: /s/ Christopher D. Jensen, Esq.
						    Carey L. Cooper, Esq.
12						    Attorneys for Defendant
						    TransitAmerica Services, Inc.
13

# [PROPOSED] ORDER

Good cause appearing, and the Parties having stipulated and agreed, IT IS HEREBY ORDERED that Plaintiff ECOLOGICAL RIGHTS FOUNDATION'S claims against Defendants PENINSULA CORRIDOR JOINT POWERS BOARD and TRANSITAMERICA SERVICES, INC., as set forth in Plaintiff's 60-Day Notice Letter and Complaint, are hereby dismissed with prejudice, each side to bear its own attorney fees and costs, except as provided for by the terms of the ~~accompanying~~ Consent Agreement.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties solely with respect to disputes arising under the Consent Agreement (filed separately at Dkt. No. 11 ~~attached to the Parties' Stipulation to Dismiss as Exhibit A~~) until July 31, 2018.

IT IS SO ORDERED.

Dated: 5/9/16

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate